UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RYAN QUIROZ,

        Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

Case No. C17-986-JPD

ORDER REVERSING AND REMANDING
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS

Plaintiff brought this action to seek judicial review of the denial of his application for

disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The

parties have stipulated that this case should be reversed and remanded for further administrative

proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court ORDERS that this case be REVERSED

and REMANDED for further administrative proceedings before an Administrative Law Judge

("ALJ"), including a *de novo* hearing. On remand, the ALJ shall: reevaluate the opinions of Drs.

Sawyer, Morey, and Burdge; reevaluate plaintiff's subjective testimony and, as necessary, his

//

//

ORDER
PAGE - 1

1  residual functional capacity; and continue on with the sequential evaluation process, obtaining

2  supplemental vocational expert testimony as necessary.

3  DATED this 5th day of December, 2017.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER
PAGE - 2